JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
JUAN A. SERRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               )<br>          Plaintiff,          )<br>                               )<br>     v.                        )<br>                               )<br>JUAN ALBERTO SERRANO,          )<br>                               )<br>          Defendant.           )<br>_____ ) | No. CR-S 03-448-FCD-DAD<br><br>APPLICATION FOR AN ORDER TO<br>EXONERATE PROPERTY BOND |

Defendant Juan Alberto Serrano, through his attorney John Balazs, hereby requests that the Court order the $125,000 property bond be exonerated because Mr. Serrano has been sentenced to a term of probation and his case is closed.

On April 21, 2004, U.S. Magistrate Judge Dale A. Drozd ordered defendant Juan Serrano released on a $125,000 property with a pretrial services reporting requirement.  The bond was secured by property of defendant Juan Serrano and Veronica Serrano located at 1515 Denver Avenue, Stockton, California 95260.

On September 6, 2005, defendant Serrano pled guilty to a Superseding Information charging him with one count of structuring a

financial transaction in violation of 31 U.S.C. § 5324(a)(3). On May 22, 2006, U.S. District Judge Frank C. Damrell sentenced Mr. Serrano to three years probation, a $5,000 fine, and a $100 special assessment. At sentencing, pursuant to the plea agreement, the remaining charges against Mr. Serrano were dismissed.

Because he has been sentenced to probation and his case is closed, Mr. Serrano now applies for an order exonerating the bond and requests that title be reconveyed to the owners of the property securing the bond at 1515 Denver Avenue, Stockton, California 95260.

Dated: July 5, 2006

Respectfully submitted,

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
JUAN ALBERTO SERRANO

**ORDER**

IT IS HEREBY ORDERED that the property bond securing defendant Juan Serrano's release in the above-captioned case be exonerated and that title to the property at 1515 Denver Avenue, Stockton, California 95260, be reconveyed back to the property's owners, Juan and Veronica Serrano.

Dated: July 11, 2006.

/s/ Frank C. Damrell Jr.
Hon. Frank C. Damrell Jr.
U.S. District Judge

2